IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1539-ZLW-CBS

KATHRYN A. SULLIVAN,

    Plaintiff,

v.

LAIDLAW TRANSIT SERVICES, INC.,

    Defendant.

_____

# ORDER
_____

The matter before the Court is Plaintiff's Motion For Reconsideration.  Plaintiff asks that the Court reconsider the Order granting Defendant's motion for summary judgment with respect to Plaintiff's Title VII retaliation claim, based on the U.S. Supreme Court's recent decision in <u>Burlington Northern & Santa Fe Railway Co. v. White</u>.[1]  The Court held in <u>Burlington</u> that in order to establish Title VII retaliation the plaintiff must show that a reasonable employee would have found the defendant employer's challenged action materially adverse, meaning that it "might well have dissuaded a reasonable worker from making or supporting a charge of discrimination."[2]  Having reviewed the evidence submitted on summary judgment, the Court concludes

---

[1] No. 05-259, 2006 WL 1698953 (U.S. June 22, 2006).

[2] <u>Id.</u> at *10 (internal quotations and citations omitted).

that Plaintiff did not submit any evidence meeting the <u>Burlington</u> standard.  Accordingly, it is

ORDERED that Plaintiff's Motion For Reconsideration (Doc. No. 70) is denied.

DATED at Denver, Colorado, this   6   day of July, 2006.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court